ORIGINAL

FILED
08 APR 28 PM 3: 46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Meryl Macklin (SBN 115053)
Thomas Kerr (SBN 241530)
560 Mission Street, 25th Floor
San Francisco, CA 94105
Tel: (415) 268-2000/Fax: (415) 268-1999
meryl.macklin@hro.com/tom.kerr@hro.com

Attorneys for Defendants
CLAIMETRICS MANAGEMENT LLC, and
HALLMARK NATIONAL LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRY D. BLOOM,

    Plaintiff(s),

v.

CLAIMETRICS MANAGEMENT LLC, et al.,
    Defendant(s).

No. C 08-02155-JL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 28, 2008

Signature _____

Counsel for   Defendants
(Plaintiff, Defendant, or indicate "pro se")

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO |

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On April 28, 2008, I served the foregoing documents described as:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> J. Joseph Wall, Jr.
> Korda, Johnson & Wall LP
> 66 E. Santa Clara Street, Ste. 250
> San Jose, CA 95113

☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

(FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 28, 2008, at San Francisco, California.

*/s/ Molly Morris*
Molly Morris

---

PROOF OF SERVICE
Case No. C 08-02155-JL
#37056 v1