J. Joseph Wall, Jr., S.B.N. 120760
KORDA, JOHNSON & WALL LLP
Sixty-Six E. Santa Clara Street, Suite 250
San Jose, CA 95113
Telephone: (408) 494-0700
Facsimile: (408) 494-0707
E-mail: jwalljr@pacbell.net

Attorneys for Plaintiff and Counter-Defendant
Barry D. Bloom

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRY D. BLOOM, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CLAIMETRICS MANAGEMENT, LLC, a Nevada limited liability company; HALLMARK NATIONAL, LLC, a Nevada limited liability company; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____<br>AND RELATED CROSS-COMPLAINT | CASE NO.: C 08-02155-MHP<br><br>THE PARTIES' JOINT INITIAL DISCOVERY PLAN PURSUANT TO FEDERAL RULES CIVIL PROCEDURE, RULE 26(f) |

On July 2, 2008, J. Joseph Wall, Jr., counsel for plaintiff and counter-defendant Barry D. Bloom ("Bloom"), and Meryl Macklin and Thomas Kerr, counsel for defendants and counter-claimants, Claimetrics Management LLC and Hallmark National LLC, participated in a joint conference call to discuss the nature and basis of their respective claims, the prospect of a prompt settlement or resolution, issues about the preservation and destruction of discoverable information, and a time frame for completion of discovery.

Pursuant to Federal Rules of Civil Procedure, Rule 26(f), the parties hereby submit the following discovery plan:

1) No changes will be made to the timing, form or requirement for disclosures under FRCP, Rule 26(a)(1), FRCP, Rule 26(a)(2), or FRCP, Rule 26(a)(3); defendants anticipate making a rolling production of documents supporting their claims and defenses beginning in late July, 2008, and continuing through late August, 2008; all other initial disclosures will be made by all parties by July 31, 2008.

2) Plaintiff intends to depose defendant representatives, Tom Richards and Marshall Snipes, third parties, Mark Kania and Patricia Rossman; and, possibly, others;

3) Defendants currently intend to depose plaintiff Barry Bloom, and possibly other witnesses, including Robert Funk and William Stoller;

4) The parties do not propose any changes to the limitations on discovery imposed by the Federal Rules or the Local Rules; no deposition will last longer than 7 hours;

5) The parties propose a discovery cutoff of Friday January 30, 2009; and,

6) Defendants believe there is a substantial issue in this case raised by Plaintiff's alleged destruction of documents maintained on a computer given to him to Defendants for his use in the course of his employment with Defendants. Defendants intend to file a motion in early August, 2008, seeking sanctions for this alleged destruction.

DATED:   July 16, 2008                    KORDA, JOHNSON & WALL LLP

                                          _____
                                          J. JOSEPH WALL, JR., Attorneys for
                                          Barry D. Bloom

2

BLOOM FRCP §26 DISCOVERY PLAN

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 16, 2008 | HOLME ROBERTS & OWEN |
| | | *[signature]* |
| | | Thomas Kerr, Attorneys for Claimetrics Management LLC and Hallmark National |

3

BLOOM FRCP §26 DISCOVERY PLAN