UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Barry D. Bloom

　　　　　　　　Plaintiff(s),

CASE NO. C 08-02155-MHP

v.

Claimetrics Management LLC et al.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

　　　　　　　　Defendant(s).
_____/

　　　　Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
　　Non-binding Arbitration (ADR L.R. 4)
　　Early Neutral Evaluation (ENE)  (ADR L.R. 5)
　　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
　　✓　Private ADR *(please identify process and provider)* Mediation
The parties are in the process of planning a private mediation using JAMS or another comparable provider.

The parties agree to hold the ADR session by:
　　　　the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

　　✓　other requested deadline October 31, 2008

Dated: 7/17/08

Dated: 7/17/08

　　　　　　　　　　　　　　　　Joe Wall
　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

~~[PROPOSED]~~ ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
  ✓     Private ADR

    Deadline for ADR session
        90 days from the date of this order.
  ✓     other   October 31, 2008

IT IS SO ORDERED.

Dated: July 18, 2008



Honorable
UNITED S[TATES]
Judge Marilyn H. Patel

IT IS SO ORDERED