J. Joseph Wall, Jr., S.B.N. 120760
KORDA, JOHNSON & WALL LLP
Sixty-Six E. Santa Clara Street, Suite 250
San Jose, CA 95113
Telephone:    (408) 494-0700
Facsimile:    (408) 494-0707
E-mail:       jwalljr@pacbell.net

Attorneys for Plaintiff and Counter-Defendant
Barry D. Bloom

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRY D. BLOOM, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>CLAIMETRICS MANAGEMENT, LLC, a Nevada limited liability company; HALLMARK NATIONAL, LLC, a Nevada limited liability company; and DOES 1 through 20, inclusive,<br><br>        Defendants.<br>_____<br>AND RELATED CROSS-COMPLAINT | CASE NO.: C 08-02155-MHP<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CMC TO AUGUST 18, 2008 |

J. Joseph Wall, Jr., counsel for plaintiff and counter-defendant Barry D. Bloom ("Bloom"), and Meryl Macklin and Thomas Kerr, counsel for defendants and counter-claimants, Claimetrics Management LLC and Hallmark National LLC, hereby agree and stipulate to continue the Case Management Conference in the above-entitled case from August 1, 2008 to August 18, 2008 at 4:00 p.m. before the Hon. Marilyn H. Patel.

1

STIPULATION AND ORDER RE: CMC

1
2  DATED:      July 22, 2008                KORDA, JOHNSON & WALL LLP
3
4                                           _____
                                            J. JOSEPH WALL, JR., Attorneys for
5                                           Barry D. Bloom
6
7
8  DATED:      July 22, 2008                HOLME ROBERTS & OWEN
9
10                                          _____
                                            THOMAS KERR, Attorneys for Claimetrics
11                                          Management LLC and Hallmark National
12
13
   IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled case be
14
   continued to August 18, 2008 at 4:00 p.m.
15
16
17
   DATED:      July ___, 2008               _____
18                                          HON. MARILYN H. PATEL
                                            United States District Court Judge
19
20
21
22
23
24
25
                                            2
26 _____
                          STIPULATION AND ORDER RE: CMC