J. Joseph Wall, Jr., S.B.N. 120760
KORDA, JOHNSON & WALL LLP
Sixty-Six E. Santa Clara Street, Suite 250
San Jose, CA 95113
Telephone:    (408) 494-0700
Facsimile:    (408) 494-0707
E-mail:       jwalljr@pacbell.net

Attorneys for Plaintiff and Counter-Defendant
Barry D. Bloom

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRY D. BLOOM, an individual, ) | CASE NO.: C 08-02155-MHP |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CMC TO AUGUST 18, 2008 |
| CLAIMETRICS MANAGEMENT, LLC, a Nevada limited liability company; HALLMARK NATIONAL, LLC, a Nevada limited liability company; and DOES 1 through 20, inclusive, ) | |
| Defendants. ) | |
| AND RELATED CROSS-COMPLAINT ) | |

J. Joseph Wall, Jr., counsel for plaintiff and counter-defendant Barry D. Bloom ("Bloom"), and Meryl Macklin and Thomas Kerr, counsel for defendants and counter-claimants, Claimetrics Management LLC and Hallmark National LLC, hereby agree and stipulate to continue the Case Management Conference in the above-entitled case from August 1, 2008 to August 18, 2008 at 4:00 p.m. before the Hon. Marilyn H. Patel.

1

STIPULATION AND ORDER RE: CMC

1
2  DATED:      July 22, 2008                KORDA, JOHNSON & WALL LLP
3
4                                           _____/s/ Joe Wall_____
                                            J. JOSEPH WALL, JR., Attorneys for
5                                           Barry D. Bloom
6
7
8  DATED:      July 22, 2008                HOLME ROBERTS & OWEN
9                                           _____
10                                          THOMAS KERR, Attorneys for Claimetrics
                                            Management LLC and Hallmark National
11
12
13
   IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled case be
14
   continued to August 18, 2008 at 4:00 p.m.
15
16
17
   DATED:      July 23, 2008
18                                          IT IS SO ORDERED
                                            _____
19                                          HON. [signature]
                                            United [States District Judge]
20                                          Judge Marilyn H. Patel
21
22
23
24
25
                                            2
26 ─────────────────────────────────────────────────────────────
                        STIPULATION AND ORDER RE: CMC