FILED

AUG 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRY D. BLOOM,

    Plaintiff(s),

vs.

CLAIMETRICS MANAGEMENT LLC, et al,

    Defendant(s).

No. C-08-2155 MHP

**ORDER TO SHOW CAUSE RE REMOVAL**

    Defendants, Claimetrics Management LLC and Hallmark National LLC, removed this action to this court based upon diversity jurisdiction alleging that both defendants are incorporated in the State of Nevada and have their principal places of business in Oklahoma City, Oklahoma. However, defendants are not corporations for the purpose of diversity jurisdiction (and for many other purposes); they are limited liability corporations. The law in this and other circuits is clear: citizenship for limited liability corporations is determined by the citizenship of its *members*. See, e.g., Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006). The notice of removal is deficient in that it fails to identify the members of the respective LLC defendants and fails to allege the citizenship of these members.

    Therefore, defendants are ordered to show cause in writing within ten (10) days of the filing of this order why this action should not be remanded to the Superior Court for the County of San

Mateo, for failure to properly allege diversity jurisdiction. If plaintiffs wish to file a response, they shall file same within twenty (20) days of this order.

    IT IS SO ORDERED.

Date: August 6, 2008

MARILYN HALL PATEL
Judge, United States District Court
Northern District of California