Meryl Macklin (CA Bar No. 115053)
Thomas Kerr (CA Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission St.
25th Floor
San Francisco, CA 94105
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
meryl.macklin@hro.com
tom.kerr@hro.com

Attorneys for Defendants
Claimetrics Management LLC
Hallmark National LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BARRY D. BLOOM, an individual<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>CLAIMETRICS MANAGEMENT LLC, a Nevada limited liability company; HALLMARK NATIONAL LLC, a Nevada limited liability company; and DOES 1 through 20, inclusive<br>Defendants and Counterclaimant. | CASE NO. C 08-02155-MHP<br><br>**Honorable Marilyn H. Patel**<br><br>**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE REMOVAL** |

///

///

///

///

///

1  In response to the Court's August 6 2008, Order to Show Cause re Removal, Defendants and
2  Counterclaimants Claimetrics Management LLC and Hallmark National LLC ("Defendants"),
3  hereby do not oppose remand to the Superior Court for the County of San Mateo.

5  Dated: August 11, 2008                    HOLME ROBERTS & OWEN LLP

7                                            By:      */s/ Thomas M. Kerr*
                                                   Thomas M. Kerr
8                                                  Attorney for Defendants
9                                                  CLAIMETRICS MANAGEMENT LLC and
                                                   HALLMARK NATIONAL LL

Defendants' Response to Order to Show Cause
Case No. C 08-02155-MHP
#39282 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On August 11, 2008, I served the foregoing documents described as:

**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE REMOVAL**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> J. Joseph Wall, Jr.
> Korda, Johnson & Wall LP
> 66 E. Santa Clara Street, Ste. 250
> San Jose, CA 95113

XX   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

XX   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 11, 2008, at San Francisco, California.

*/s/ Molly Morris*
Molly Morris

PROOF OF SERVICE
Case No. C 08-02155-MHP
#39282 v1