UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRY D. BLOOM,

    Plaintiff(s),

vs.

CLAIMETRICS MANAGEMENT LLC, et al,

    Defendant(s).

No. C-08-2155 MHP

**ORDER OF REMAND**

    Defendants have responded to this court's Order to Show Cause re Removal stating that they do not oppose remand to the state court from which this case was removed,

    Therefore,

    IT IS HEREBY ORDERED that this action is REMANDED to the Superior Court of California for the County of San Mateo and the Clerk of this Court shall transmit forthwith a certified copy of this order to the Clerk of the Superior Court for San Mateo County.

    The Clerk of this Court shall close the file.

    IT IS SO ORDERED.

Date: August 13, 2008

MARILYN HALL PATEL
Judge, United States District Court
Northern District of California